IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ABDUL ALANSARI and
THERESA BENDER, as
Bankruptcy Trustee for
Abdul Alansari,

    Plaintiffs,

vs.                                             4:07-CV-438-SPM

TROPIC STAR SEAFOOD, INC.,

    Defendant.
_____/

## ORDER EXTENDING CERTAIN DEADLINES

THIS CAUSE comes before the Court upon the "Defendant's Motion for Extension of Time" (doc. 42), in which Defendant requests extension of the deadlines for discovery and dispositive motions. Defendant does not request that any other deadlines be extended, including trial. To date, no response has been filed by Plaintiff.

Finding the request reasonable and the extension to be appropriate, it is hereby ORDERED AND ADJUDGED as follows:

    1.    The motion for extension (doc. 42) is *granted*.

    2.    All discovery shall be completed on or before ***July 1, 2008.***

    3.    All dispositive motions shall be filed on or before ***July 15, 2008.***

4.  All other deadlines set forth in the mediation and scheduling order (doc. 13) shall remain in full force and effect.

DONE AND ORDERED this <u>twenty-third</u> day of June, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge