## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**THERESA BENDER, as
Bankruptcy Trustee for
Abdul Alansari, and
ABDUL ALANSARI,**

    **Plaintiff,**

vs.                                         Case No. 4:07cv438-SPM/WCS

**TROPIC STAR SEAFOOD, INC.,**

    **Defendant.**

_____/

## O R D E R

Defendant has filed a motion to compel. Doc. 63. Plaintiff has responded. Doc. 76. The motion to compel was filed on July 8, 2008. Discovery closed on July 1, 2008. Doc. 60. Paragraph (5)(d) of the scheduling order provides that no motions to compel discovery may be filed after the close of discovery "unless otherwise ordered by the Court." Doc. 6. Good cause is available for the exceptional case, but good cause has not been shown here. Discovery is over in this case, and discovery controversies not preserved by a timely motion are over.

Plaintiff should have spent only about an hour on this motion.  Plaintiff will be awarded expenses in the amount of $250.

Accordingly, it is **ORDERED** that Defendant's motion to compel, doc. 63, is **DENIED**.  On or before **August 1, 2008**, Defendant shall pay Plaintiff $250 as Plaintiff's expenses for having to respond to this motion.

**DONE AND ORDERED** on July 21, 2008.


s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**