IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**THERESA BENDER, as
Bankruptcy Trustee for
Abdul Alansari, and
ABDUL ALANSARI,**

    Plaintiff,

vs.                                     Case No. 4:07cv438-SPM/WCS

**TROPIC STAR SEAFOOD, INC.,**

    Defendant.

_____/

## O R D E R

Plaintiff has filed a motion to quash Rule 45 subpoenas and for a protective order.  Doc. 64.  Plaintiff asserts that this motion pertains to a notice of production from non-parties served upon Plaintiff on July 1, 2008.  The subpoenas are to Capital Lincoln-Mercury Company of Delaware, Inc., FAMU High School, Ronald Mesadieu, Inc., the Internal Revenue Service, the Social Security Administration, and Comfort Cab Company.  Doc. 64.

Discovery was to have been *completed* on July 1, 2008.  Doc. 60.  Completed means that the due date must be not later than July 1, 2008.  Docs. 60 and 6.  Plaintiff

has standing to object to the use of a Rule 45 subpoena to conduct discovery beyond the discovery deadline.  <u>Peterbilt of Great Bend, LLC v. Doonan</u>, 2006 WL 3193371, *2 (D. Kan. Nov 01, 2006) (No. 05-1281-JTM) (a personal right or privilege existed where the subpoena was issued after discovery had closed).

 Accordingly, it is **ORDERED** that on or before **July 28, 2008**, Defendant shall file a response to this motion.  It is further **ORDERED** that compliance with the Rule 45 subpoenas issued on or after July 1, 2008, is **STAYED**, and Defendant shall not receive any documents pursuant to those subpoenas until further order.

 **DONE AND ORDERED** on July 21, 2008.

       <u>s/    William C. Sherrill, Jr.</u>
       **WILLIAM C. SHERRILL, JR.**
       **UNITED STATES MAGISTRATE JUDGE**