IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THERESA BENDER, as Bankrupcy
Trustee for Abdul Alansari,
and ABDUL ALANSARI

    Plaintiff,

vs.                                                     4:06-CV-438-SPM

TROPIC STAR SEAFOOD, INC.,

    Defendant.
_____/

## ORDER DENYING MOTION FOR CASE MANAGEMENT HEARING

THIS CAUSE comes before the Court upon the "Plaintiff's Motion for Case Management Hearing." (doc. 49) This motion is opposed by Defendant. (doc. 59) Defendant argues that there is nothing abnormal about this case that necessitates a departure from normal operating procedures. This Court agrees. Upon consideration, it is ORDERED AND ADJUDGED that Plaintiff's motion (doc. 49) is *denied*. If either party requires an extension of time in order to respond to any motions or to comply with any Court orders, such extensions should be requested as soon as the need arises.

DONE AND ORDERED this twenty-eighth day of July, 2008.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge