IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THERESA BENDER, as Bankrupcy
Trustee for Abdul Alansari,
and ABDUL ALANSARI

    Plaintiff,

vs.                                                      4:06-CV-438-SPM

TROPIC STAR SEAFOOD, INC.,

    Defendant.

_____/

## ORDER GRANTING MOTION TO SEAL

Upon consideration, "Defendant's Motion to Seal Docket Nos. 43, 45, 47 and 48" (doc. 51) is ***granted.*** The Clerk of Court shall seal documents 43, 45, 47, and 48.

**DONE AND ORDERED** this   28th   day of July, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge